UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-cr-197

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| COREY MITCHELL ALEXANDER (3), | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on the defendant's Motion Clarify Restitution Order. (Doc. No. 91).

The defendant seeks correction of the Judgment, (Doc. No. 67), to reflect a one-third share of the restitution owed in this case. However, the Court ordered that the defendant is jointly and severally liable for the whole amount.[1] (Id.).

**IT IS THEREFORE ORDERED** that, that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: July 6, 2012

Robert J. Conrad, Jr.
Chief United States District Judge

---

[1] The term "joint and several liability" means that "each liable party is individually responsible for the entire obligation." Black's Law Dictionary 933 (8th ed. 2004).